IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

04 FEB -4  AH 10: 04

U.S. DISTRICT COURT
N.D. OF ALABAMA

ABNER MERRIWEATHER,       )
                          )
        Plaintiff,        )
                          )
v.                        )   CIVIL ACTION NO. 03-JEO-0294-NE
                          )
THOMAS E. WHITE, Secretary, )
Department of the Army,   )
                          )
        Defendant.        )

**ENTERED**

FEB - 4 2004

## MEMORANDUM OF OPINION

This is a race discrimination and retaliation action filed by the plaintiff. The defendant filed a motion for partial summary judgment. (Doc. 6). On August 6, 2003, the magistrate judge assigned this matter entered a report and recommendation, finding that the motion is due to be granted. (Doc. 17). No objections to the report and recommendation have been filed.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 17) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for partial summary judgment is due to be granted as to the claims in the complaint enumerated as three through nine and eleven. Accordingly, the plaintiff's remaining claims (one, two, ten, and twelve) will be allowed to proceed. An appropriate order will be entered.

*19*

**DONE**, this _3rd_ day of February, 2004.

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE